UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN A CHACON,

                Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

Case No. 11-5001 RBL-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the court on the Report and Recommendation of Magistrate Judge Karen L. Strombom [ECF #13] recommending that this case be remanded, based on the stipulation of the parties [ECF #12]. It is therefore ORDERED

    (1) The Court ADOPTS the Report and Recommendation;

    (2) The Court REVERSES and REMANDS for further administrative proceedings; and

    (3) The Clerk shall direct copies of this Order to all Counsel and Judge Strombom.

DATED this 17th day of September, 2011.



Ronald B. Leighton
United States District Judge

11-CV-05001-ORD

ORDER ADOPTING REPORT AND RECOMMENDATION - 1