United States District Judge RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JOHN A. CHACON, | CIVIL NO. 3:11-cv-5001-RBL-KLS |
| Plaintiff, | PROPOSED ORDER FOR EAJA FEES, COSTS, AND EXPENSES |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon Plaintiff's Motion for EAJA Fees, Costs, and Expenses, it is hereby ORDERED that attorney's fees in the total amount of $4866.21 and expenses in the amount of $30.00 (for postage and long distance) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $15.80 (for photocopies) pursuant to 28 U.S.C. § 1920; 31 U.S.C. § 1304(a), shall:

1. Be awarded to Plaintiff pursuant to Astrue v. Ratliff, __ U.S. __ (2010), 130 S.Ct. 2521 (2010) and delivered via check to Plaintiff's counsel, Elie Halpern, at Mr. Halpern's office at Elie Halpern & Associates, PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502 however,

2. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Elie Halpern, and delivered via check to Mr. Halpern's office at Elie Halpern & Associates, PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502.

PROPOSED ORDER FOR EAJA FEES, COSTS, AND EXPENSES – [3:11-cv-5001-RBL-KLS] - 1

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com

DATED this 25th day of October, 2011.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/ELIE HALPERN
ELIE HALPERN, WSBA #1519
Attorney for Plaintiff

PROPOSED ORDER FOR EAJA FEES, COSTS, AND EXPENSES –
[3:11-cv-5001-RBL-KLS] - 2

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com