1          United States District Judge RONALD B. LEIGHTON

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON

9     JOHN A. CHACON,                          )
10                                             )    CIVIL NO. 3:11-cv-5001-RBL-KLS
                          Plaintiff,           )
11                                             )    ORDER FOR ATTORNEY'S FEES
      vs.                                      )    PURSUANT TO 42 U.S.C. § 406(b)
12                                             )
                                               )
13    MICHAEL ASTRUE,                          )
      Commissioner of Social Security,         )
14                                             )
                                               )
15

16         THIS MATTER having come on regularly before the undersigned upon Plaintiff's

17    Motion For Attorneys Fees Pursuant to 42 U.S.C.§ 406(b), the Court having considered the

18    contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order,

19    now therefore, it is hereby

20         ORDERED that Plaintiff's attorney Elie Halpern is awarded a gross attorney's fee of

21    $46,553.98 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $15,177.81 that

22    previously were awarded, leaving a net fee of $31,376.17. When issuing the 42 U.S.C. § 406(b)

23    check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's

24

25

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) [3:11-cv-5001-RBL-KLS] - 1

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com

1  attorney the net balance of $31,376.17, minus any applicable processing fees as allowed by

2  statute.

3  DATED this 11th day of December, 2012.

4

5  _____

6  Ronald B. Leighton
   United States District Judge

7

8  Presented by:

9

10 S/ELIE  HALPERN_____
   ELIE  HALPERN, WSBA #1519
11 Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) [3:11-cv-5001-RBL-KLS] - 2

Elie Halpern & Associates, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
ehalpern@aol.com